# United States District Court

**District of Nebraska**
**111 S. 18th Plaza, Suite 2271**
**Omaha, Nebraska 68102-1322**

**Susan M. Bazis**                                     **Phone 402.661.7343**
**United States Magistrate Judge**                  **Fax 402.661.7345**

_____

February 22, 2019

Dear Counsel:

      Re:     4:18cv3082 Kraus v. Berryhill

This case was randomly assigned to Magistrate Susan M. Bazis for full disposition.

## Consent Deadline

Since consent to disposition of this case by a magistrate judge must be unanimous, see 28 U.S.C. § 636(c)(2), each party is required to notify the Court whether they consent to such assignment or opt to have the case reassigned to a district judge of the Court. If all parties consent, the case will remain assigned to the undersigned magistrate judge, pursuant to 28 U.S.C. § 636(c)(1). If all parties do not consent, the case will be reassigned to a district judge.

Please notify the Court of your decision by using the "Consent to Random Assignment to Magistrate Judge" form posted on the Court's website, www.ned.uscourts.gov/forms/.

The Court expects the parties to submit the completed form, in accordance with the instructions on the form, on or before **March 25, 2019**.

## Electronic Filing

All documents (including pleadings, briefs, and indices) filed or submitted to the District Court for the District of Nebraska must be filed electronically. To obtain registration forms, review the CM/ECF administrative procedures, and to learn more about electronic filing, please visit the Court's website, at http://www.ned.uscourts.gov/cmecf/index.html. You may also direct questions to our CM/ECF Help Desk: in Omaha at 1-866-220-4381, Option 0; or in Lincoln at 1-866-220-4379, Option 2.

Thank you for your prompt attention to this matter.

                                           Sincerely,

                                           s/ Susan M. Bazis
                                           United States Magistrate Judge